**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL No. 16-CR-10280-MLW** |
| ) | |
| **DAVID MAGLIO** ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO SET SCHEDULING CONFERENCE**

The defendant moves this Honorable Court to set a scheduling conference in order to set hearings on the defendant's pending Motion for Frank's Hearing and Motion to Suppress filed in August and September of 2017 respectively.

In support hereof, the defendant states that he has raised meritorious issues in his filings and requests a scheduling conference to set hearing dates and discuss estimated time requirements for said motions.

If available to the court the defendant respectfully requests the afternoon of Monday 8/20, Thursday 8/23 or Wednesday 8/29.

                                                    Respectfully submitted,
                                                    David Maglio
                                                    By his attorney,

                                                    */s/ Carmine P. Lepore*
                                                    Carmine P. Lepore, Esq.
                                                    Lepore & Hochman, P.A.
                                                    One Sprague Street
                                                    Revere, MA  02151
                                                    (781) 286-8800
                                                    BBO # 564603

August 8, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/*Carmine P. Lepore*
      Carmine P. Lepore