```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 16-10280-MLW |
| | ) |
| DAVID MAGLIO, | ) |
|     Defendant. | ) |

<u>MEMORANDUM AND ORDER</u>

WOLF, D.J.                                            April 19, 2019

The court has considered the parties' responses to the April 16, 2019 Order, which state that defendant David Maglio does not request an opportunity to enter a conditional plea pursuant to Federal Rule of Criminal Procedure 11(a)(2) and the government does not consent to the entry of a conditional plea.

It is hereby ORDERED that:

1. Defendant's Motion to Withdraw Guilty Plea (Docket No. 118) (the "Motion") is ALLOWED. <u>See</u> <u>United States v. Ochoa</u>, 353 F. App'x 390, 394 (11th Cir. 2009); <u>United States v. Pierre</u>, 120 F.3d 1153, 1156 (11th Cir. 1997); <u>United States v. Gustafson</u>, 1994 WL 235322, *1 (9th Cir. June 1, 1994).

2. A pretrial conference shall be held on April 24, 2019, at 11:30 a.m. At that conference the court will amplify the reasons for allowing the Motion, question defendant about his request to represent himself at trial, and discuss whether stand-by counsel should be appointed to assist him if he represents himself at

trial. See Faretta v. California, 422 U.S. 806 (1975); United States v. Robinson, 753 F.3d 31, 42-46 (1st Cir. 2014).

/s/ Signature
UNITED STATES DISTRICT JUDGE