UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 16-10280-MLW |
| | ) |
| DAVID MAGLIO, | ) |
|     Defendant. | ) |

<u>ORDER</u>

WOLF, D.J.                                                          April 24, 2019

On April 4, 2019, Carmine Lepore, Esq., counsel for defendant David Maglio, moved to withdraw as counsel because, among other things, defendant wished to proceed to trial <u>pro se</u>. <u>See</u> Docket No. 140. During the April 24, 2019 hearing, the court informed defendant about the risks of representing himself at trial. In response, defendant stated that he no longer wishes to proceed <u>pro se</u>. For this and other reasons stated in court on April 24, 2019, it is hereby ORDERED that:

1.   Defendant's Motion to Withdraw as Counsel (Dkt. No. 140) is WITHDRAWN.

2.   Defendant shall, by April 29, 2019, at 12:00 noon: (a) report whether he wants Mr. Lepore to continue to represent him; and (b) submit a Criminal Justice Act financial affidavit.

3.   As agreed by the parties, the time from April 24, 2019 until the date of the pretrial conference is EXCLUDED for the purpose of the Speedy Trial Act because the ends of justice,

including the defendant's interests in determining whether he wants Mr. Lepore to continue to represent him, and the possible need for a transition to new counsel, outweigh the interest of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A).

                                                      /s/ Mark L. Wolf
                                                     UNITED STATES DISTRICT JUDGE